STEPHEN A. HIGGINSON, Circuit Judge,
dissenting:
I would not disturb the district court’s factual finding that Lackey’s conduct amounted to reckless endangerment during flight, see United States v. Inigman, 130 F.3d 113, 115 (5th Cir.1997), above all where he ran a red light on a busy street in a residential area at night. Reviewing the record as a whole, I am not left with a “definite and firm conviction that a mistake has been committed.” Concrete Pipe & Prods. of Cal., Inc. v. Construction Laborers Pension Trust, 508 U.S. 602, 622, 113 S.Ct. 2264, 124 L.Ed.2d 539 (1993) (internal quotation marks and citation omitted).